FILED: May 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1232 (L)
(3:19-cv-00710)

_____

JONATHAN R., minor, by Next Friend, Sarah Dixon; ANASTASIA M., minor, by Next Friend, Cheryl Ord; SERENA S., minor, by Next Friend, Sarah Dixon; THEO S., minor, by Next Friend, L. Scott Briscoe; GARRETT M., minor, by Next Friend, L. Scott Briscoe; GRETCHEN C., minor, by Next Friend, Cathy L. Greiner; DENNIS R., minor, by Next Friend, Debbie Stone; CHRIS K., CALVIN K., and CAROLINA K., minors, by Next Friend, Katherine Huffman; KARTER W., minor, by Next Friend, L. Scott Briscoe; ACE L., minor, by Next Friend, Isabelle Santillion; and individually and on behalf of all others similarly situated

    Plaintiffs - Appellants

v.

PATRICK MORRISEY, in his official capacity as the Governor of West Virginia; ALEX J. MAYER, in his official capacity as Secretary of the West Virginia Department of Human Services; CAMMIE CHAPMAN, in her official capacity as Deputy Secretary of the Department of Health and Human Resources; LORI BRAGG, in her official capacity as Interim Commissioner of the Bureau for Social Service; WEST VIRGINIA DEPARTMENT OF HUMAN SERVICES

    Defendants - Appellees

------------------------------

LAW SCHOLARS

    Amicus Supporting Appellants / Cross-Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to the unopposed motion to file an amicus curiae brief, the court grants the motion and accepts the amicus brief filed by Law Scholars.

Law Scholars are directed to file the amicus curiae brief separately on the docket, an appearance form and disclosure statement within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk