FILED: May 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1232 (L)
(3:19-cv-00710)

_____

JONATHAN R., minor, by Next Friend, Sarah Dixon; ANASTASIA M., minor, by Next Friend, Cheryl Ord; SERENA S., minor, by Next Friend, Sarah Dixon; THEO S., minor, by Next Friend, L. Scott Briscoe; GARRETT M., minor, by Next Friend, L. Scott Briscoe; GRETCHEN C., minor, by Next Friend, Cathy L. Greiner; DENNIS R., minor, by Next Friend, Debbie Stone; CHRIS K., CALVIN K., and CAROLINA K., minors, by Next Friend, Katherine Huffman; KARTER W., minor, by Next Friend, L. Scott Briscoe; ACE L., minor, by Next Friend, Isabelle Santillion; and individually and on behalf of all others similarly situated

             Plaintiffs - Appellants

v.

PATRICK MORRISEY, in his official capacity as the Governor of West Virginia; ALEX J. MAYER, in his official capacity as Secretary of the West Virginia Department of Human Services; CAMMIE CHAPMAN, in her official capacity as Deputy Secretary of the Department of Health and Human Resources; LORI BRAGG, in her official capacity as Interim Commissioner of the Bureau for Social Service; WEST VIRGINIA DEPARTMENT OF HUMAN SERVICES

             Defendants - Appellees

------------------------------

THE NATIONAL HEALTH LAW PROGRAM; THE ARC OF THE UNITED STATES; THE JUDGE DAVID L. BAZELON CENTER FOR MENTAL HEALTH LAW; THE CENTER FOR PUBLIC REPRESENTATION

             Amici Curiae

LAW SCHOLARS; THE NATIONAL CENTER FOR YOUTH LAW AND 32 ADDITIONAL ORGANIZATIONS

     Amici Supporting Appellants / Cross-Appellees

———————————

O R D E R

———————————

  The National Center for Youth Law and 32 additional organizations, The Arc of the United States, The Center for Public Representation, The National Health Law Program and The Judge David L. Bazelon Center for Mental Health Law have filed amicus curiae briefs with the consent of the parties.

  The court accepts the briefs for filing.

           For the Court--By Direction

           <u>/s/ Nwamaka Anowi, Clerk</u>